NO. 07-12-00226-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL E
 
--------------------------------------------------------------------------------
JUNE 13, 2012
--------------------------------------------------------------------------------

 
 IN RE LEANNE FARRELL COLLIER, RELATOR
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK, JJ. and BOYD, S.J.

 ORDER
 Leanne Collier's application for writ of prohibition is denied as prematurely filed. See Tex. R. App. P. 52.8(d).
 Per Curiam